IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:24-cv-00312-SBP
(To be supplied by the court)

Bernard J. Gilligan III, Plaintiff

v.

Jury Trial requested:
(please check one)
___ Yes  ✓ No

BG ~~Arapa~ Arapahoe County Detention Facility~~

BG ~~No Named Defendant~~,

Chief of Detention Jarrod Rowlinson,

Sgt. Gabriel                , Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Bernard Gilligan #1427986 P.O. Box 4918 Centennial, CO 80155-4918
(Name, prisoner identification number, and complete mailing address)

B.J. Gilligan 3rd
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
✓ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Arapahoe County Detention Facility P.O. Box 4918
(Name, job title, and complete mailing address)
Centennial, CO 80155-4918

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:
The county jail has repeatedly housed inmates in areas too small and dangerous

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

2

Defendant 2: __Jarrod Rowlinson Chief of Detention__
(Name, job title, and complete mailing address)
__P.O. Box 4918 Centennial, CO 80155-4918__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*). Briefly explain:
__Mr. Rowlinson knowingly houses residents here unlawfully and hazardously__

Defendant 2 is being sued in his/her ___ individual and/or __✓__ official capacity.

Defendant 3: __Sgt. Gabriel__
(Name, job title, and complete mailing address)
__P.O. Box 4918 Centennial, CO 80155-4918__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*). Briefly explain:
__He is aware and does not change the fact that inmates are housed illegally__

Defendant 3 is being sued in his/her ___ individual and/or __✓__ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__✓__ State/Local Official (42 U.S.C. § 1983)

__✓__ Federal Official
   As to the federal official, are you seeking:
   __✓__ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
   ___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

3

D.  **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: from May 22nd 2023 to February 5th, 2024 housed illegally; overcrowding

Claim one is asserted against these Defendant(s):
Arapahoe County Detention Facility
Chief of Detention Jarrod Rowlinson
Sgt. Gabriel

Supporting facts:

I was housed in a two man cell with a total of 3 inmates. This made the cell unsanitary, hard to breathe in and the element of danger intensely increased. The pod in which I was housed (6F) was designed only for 32 inmates and housed 48 inmates. This overcrowding led to excessive noise, fights, suicides, cold meals, inmates being in a constant state of being triggered (angry & depressed), and all of this leads to inmates making bad decisions on legal matters and re-entry plans. I've gone to suicide watch several times from mental anguish and emotional distress and contemplated killing myself so badly that I ended up in administrative segregation for several weeks. These conditions make staff

E.   **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes __✓__ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____


F.   **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

__✓__ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

__✓__ Yes ___ No (*check one*)

5

## G.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1. $1200.00 per day since my incarceration on May 22nd, 2023 up to current date February 20th, 2024. A total of $330,000 for mental anguish and emotional distress.

2. Change housing practices; no more 3 man cells! and only house 32 inmates according to 16 cell pods and 2 inmates per pod.

3. Put Chief of Detention and staff through sensativity training.

## H.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Bernard A. Gilligan III*
(Plaintiff's signature)

*Bernard A. Gilligan III*

I hereby certify that a copy of the foregoing pleading/document was mailed to Arapahoe County Detention Facility; Chief of Detention Jarrod Rowlinson and Sgt. Gabriel at P.O. Box 4918 Centennial, CO 80155-4918 on 02/22/2024.

February 20th, 2024
(Date)

02/22/24
*J. Herriman 15090*

JENNIFER HERRIMAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214045067
MY COMMISSION EXPIRES NOVEMBER 16, 2025

(Revised November 2022)

6



DENVER CO 802
23 FEB 2024 PM 4

Bernard J. Gilligan III ID# 1422626
Arapahoe County Detention Facility
P.O. Box 4918
Centennial, CO 80155-4918

Office Of the clerk
United States District Court
Alfred A. Arraj Courthouse
901 19th St. Room A105
Denver, CO 80294-3589



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

**UNCENSORED INMATE MAIL**
Arapahoe County Detention Facility
Notice to Addressee: unsolicited or unwanted items may be declined and returned to sender unopened

© USPS 2016